# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:15-CR-70 |
| ) | |
| BRUCANDO FORD, II, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE #19), filed on September 28, 2015. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Brucando Ford, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1).

**DATED: October 22, 2015**          /s/RUDY LOZANO, Judge
                                    **United States District Court**